UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :

              -v-                    :

JASON GALANIS,                       :
JOHN GALANIS,
    a/k/a "Yanni,"                   :
JARED GALANIS,
GARY HIRST,                          :
DEREK GALANIS,
YMER SHAHINI, and                    :
GAVIN HAMELS,
                                     :
        Defendants.
                                     :
- - - - - - - - - - - - - - - - - - -x

UNSEALING ORDER

15 Cr. 643 ( )



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SE 24 2015

   Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Brian R. Blais, Andrew Bauer and Dina McLeod;

   It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed, pending further order of the Court.

Dated: New York, New York
September 24, 2015

*Ronald Ellis* (signature)

THE HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK