# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO•••
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK•••
JONATHAN S. SACK••
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9474
dwachtell@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES•

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

•ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
••ALSO ADMITTED IN CONNECTICUT
•••ALSO ADMITTED IN WASHINGTON, D.C.

October 16, 2015

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Galanis et al., No. 15 Cr. 643 (PKC)

Dear Judge Castel:

We respectfully submit this letter on behalf of Defendant John Galanis to request a brief extension of the deadline to meet his bail conditions. We make this request with the consent of Assistant United States Attorney Brian Blais.

By Order dated October 5, 2015 [Docket #23], Your Honor extended the deadline for Mr. Galanis to meet bail conditions to October 16, 2015. However, completing the necessary procedures and paperwork in coordination with the United States Attorney's Office has taken longer than expected. Thus, with the consent of the Government, we respectfully request that Your Honor extend the deadline for Mr. Galanis to meet his bail conditions by 10 days, to Monday October 26, 2015.

Should Your Honor have any questions in connection with this application, please do not hesitate to contact me.

Very truly yours,

Daniel Wachtell

cc:    AUSA Brian Blais (via email)