## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
212-880-9510
pgrand@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

October 19, 2015

By ECF

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

    Re:    United States v. Galanis et al., No. 15 Cr. 643 (PKC)

Dear Judge Castel:

    My wife and I will be celebrating our 45th wedding anniversary with a reprise of our honeymoon in Venice and Florence from October 22 through November 2, 2015. I respectfully request that your Honor postpone the Curcio hearing, presently scheduled for October 27, to any date after November 2. AUSA Brian Blais has advised me that the Government will not oppose this request and will appear as directed by your Honor.

Respectfully yours,

*[signature]*

Paul R. Grand

cc:    AUSA Brian Blais (by ECF)
       Kevin V. Ryan, Esq. (by ECF)
       Thomas P. Mazzucco, Esq. (by ECF)
       Aaron K. McClellan, Esq. (by ECF)
       James Antone Lassart, Esq. (by ECF)
       Michael Tremonte, Esq. (by ECF)