# LEVINE LEE LLP

## NEW YORK

666 Fifth Avenue
New York, New York 10103
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**MEMO ENDORSED**

Jillian B. Berman
212 257 4034 direct
jberman@levinelee.com

October 29, 2015

**VIA FACSIMILE:** (212) 805-7949
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-15
```

**Re:** *United States v. Jason Galanis, et al.*, 15 Cr. 643 (PKC)

Dear Judge Castel:

We write on behalf of Gavin Hamels to request that Mr. Hamels' attendance, and that of his counsel, be excused from the *Curcio* hearing scheduled for November 9, 2015. The potential conflict issues that will be the subject of the *Curcio* hearing, as identified by the Government, do not relate to Mr. Hamels, and he would be required to travel from California to attend the hearing. We have conferred with the Government, and the Government does not object to this request.

Thank you for your consideration of this request.

Application granted.
SO ORDERED
10-30-15

Respectfully,

Jillian B. Berman

cc: Brian Blais, Andrew Bauer, Aimee Hector, Dina McLeod, Assistant U.S. Attorneys (*via email*)
Thomas P. Mazzucco, counsel to Jason Galanis (*via email*)
Kevin V. Ryan, Daniel Fierman Wachtell, Paul Robert Grand, counsel to John Galanis (*via email*)
James Antone Lassart, counsel to Jared Galanis (*via email*)
Michael Tremonte, Noam Korati Biale, counsel to Gary Hirst (*via email*)
Anthony Brass, counsel to Derek Galanis (*via email*)