

**MURPHY PEARSON
BRADLEY & FEENEY**

A Professional Corporation

WWW.MPBF.COM

88 Kearny Street, Suite 1000
San Francisco, CA 94108
Telephone  415-788-1900
Facsimile  415-393-8087

November 23, 2015

**BY ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

>  Re:   United States v. Jason Galanis, et al.
>         USDC, Southern District of New York Case No. 15 CR 643 (PKC)

Dear Judge Castel:

The undersigned represent defendant Jason Galanis in connection with the above-referenced action.  We write, with the Government's consent, to respectfully request a two-week extension from November 23, 2015 to December 7, 2015 for Jason Galanis to meet his bail conditions.

Defendant's previous request sought an extension until November 23, 2015 and was granted on November 5, 2015 [Dkt. No. 65].  Since that time, Jason Galanis' final signatory was identified and interviewed, and all four signatories intend to sign his bond today, November 23, 2015.  The real property has also been identified, but it has taken longer than expected to execute the necessary documents to pledge as security.  We believe the final steps involved with pledging the real property can be completed within the next two weeks.

Thus, with the consent of the Government, we respectfully request that Your Honor extend the deadline for Jason Galanis to meet his bail conditions until Monday, December 7, 2015.  Should Your Honor have any questions with respect to this application, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Thomas P. Mazzucco*
Thomas P. Mazzucco
Aaron K. McClellan

cc:   Assistant United States Attorney Brian Blais (*via email*)

SAN FRANCISCO                    LOS ANGELES                    SACRAMENTO