## Morvillo Abramowitz Grand Iason & Anello P. C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO•••<br>LAWRENCE S. BADER<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>PAUL R. GRAND<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>JUDITH L. MOGUL<br>JODI MISHER PEIKIN<br>ROBERT M. RADICK•••<br>JONATHAN S. SACK••<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br>(212) 880-9510<br>pgrand@maglaw.com | COUNSEL<br>JASMINE JUTEAU<br>BARBARA MOSES*<br><br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT<br>***ALSO ADMITTED IN WASHINGTON, D.C. |

January 12, 2016

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Galanis et al.</u>, No. 15 Cr. 643 (PKC)

Dear Judge Castel:

    I write in connection with the status conference currently scheduled for Friday, January 15, at noon. In light of Your Honor's rulings from the bench on January 5, which disqualified my firm from appearing in this case on behalf of John Galanis and allowed Mr. Galanis to proceed *pro se* (with the assistance of Kevin Ryan, Esq., as stand-by counsel for all proceedings), neither I nor any of my colleagues intend to appear at this Friday's conference nor at any subsequent conference absent the Court's request that we do so.

    Should Your Honor have any questions in connection with this letter, please do not hesitate to contact me.

                                               Very truly yours,

                                               Paul R. Grand

cc:    AUSA Brian Blais (via email)
        John Galanis (*pro se*)