

**MURPHY PEARSON
BRADLEY & FEENEY**

A Professional Corporation

WWW.MPBF.COM

88 Kearny Street, Suite 1000
San Francisco, CA 94108
Telephone 415-788-1900
Facsimile 415-393-8087

February 2, 2016

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    United States v. Jared Galanis, et al.
               USDC, Southern District of New York Case No. 15 CR 643 (PKC)

Dear Judge Castel:

      Pursuant to this Court's Order (Dkt. No. 156), Defendant Jared Galanis advises that he and his counsel are available to try the above-entitled case starting on September 12, 2016. Defendant Jared Galanis further advises that he consents to the exclusion of time until September 12, 2016 under the Speedy Trial Act for the reasons stated in the motions for a continuance.

                                      Very truly yours,

                                      James A. Lassart

21033204.doc