USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-26-16

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
UNITED STATES OF AMERICA           :     ORDER
                                   :
        - v. -                     :     15 Cr. 643 (PKC)
                                   :
JASON GALANIS,                     :
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on July 21, 2016;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       July ___, 2016

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK