


*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2019

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **United States v. Jason Galanis, 15 Cr. 643 (PKC)**

Dear Judge Castel:

      The Government is in receipt of the attorney-client privilege waiver executed by Jason Galanis in the above-captioned matter. The waiver is attached hereto as Exhibit A.

      According to the schedule previously entered by the Court, Jason Galanis's counsel must submit an affidavit within 30 days responding to the allegations in Galanis's Rule 33 motion.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by:   /s/ Brian R. Blais_____
     Brian R. Blais
     Rebecca Mermelstein
     Assistant United States Attorney
     (212) 637-2521/2360

cc.: Christopher Madiou, Esq.
     Thomas Mazzucco, Esq.