

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007-1312

Evidentiary Hearing is scheduled for
September 26, 2019 at 11:30 a.m.
SO ORDERED.
Dated: 5/2/2019

*P. Kevin Castel*
*United States District Judge*

      Re:    **United States v. Jason Galanis,**
               **15 Cr. 643 (PKC)**

Dear Judge Castel:

      The Government has reviewed the respective affidavits filed by defendant Jason Galanis and his counsel, Thomas Mazzucco, Esq., in connection with Galanis's claims of ineffective assistance of counsel. The Government believes that the affidavits make conflicting factual assertions regarding the advice provided to Galanis by Mr. Mazzucco. As such, the Government consents to an evidentiary hearing at which further evidence regarding Galanis's claims can be adduced.

      The Government has consulted with both Mr. Mazzucco and habeas counsel for Galanis. Given upcoming trial demands for Galanis's counsel, as well as the necessity of having the United States Marshals transport Mr. Galanis from California to New York for any evidentiary hearing, the parties would request that the hearing be scheduled in late September, to the extent such a date is compatible with the Court's schedule.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: /s/ Brian R. Blais
     Brian R. Blais
     Rebecca Mermelstein
     Assistant United States Attorneys
     (212) 637-2521/2360

cc: Counsel of record (by ECF)