UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    15-cr-643 (PKC)
                                                    16-cr-371 (PKC)

             -against-                                  ORDER

JASON GALANIS,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

             The time of status conference scheduled for January 31, 2020 is moved to 11:30

a.m. in Courtroom 11D.

             SO ORDERED.




                                          _____
                                                 P. Kevin Castel
                                          United States District Judge


Dated: New York, New York
       January 15, 2020