LAW OFFICES
# CHRISTOPHER MADIOU

| | |
|---|---|
| WOOLWORTH BUILDING | P (917) 408 - 6484 |
| 233 BROADWAY – SUITE 2208 | F (212) 571 - 9149 |
| NEW YORK, NY 10279 | CHRIS@MADIOULAW.COM |

WWW.MADIOULAW.COM

March 27, 2020

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, NY 10007
*Via ECF*

Application GRANTED.

SO ORDERED.
March 27, 2020.

*[signed]* P. Kevin Castel
P. Kevin Castel
United States District Judge

Re:   *United States v. Jason Galanis*, 15 Cr. 643 (PKC)

Dear Judge Castel,

Your Honor recently rescheduled the sentencing of Mr. Galanis for July 24, 2020. Dkt. 527. I write at the request of Probation to respectfully request that the PSR final disclosure date be adjourned until June 12, 2020.

Thank you in advance for your consideration.

Sincerely,

*[signed]*
Christopher Madiou

cc:   Brian Blais
      Assistant United States Attorney (by ECF)

      Tandis Farrence
      U.S. Probation Officer (by email)