UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON GALANIS,<br><br>　　　　　　　　Defendant. | **Order of Restitution**<br><br>S2 15 Cr. 643 (PKC) |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Rebecca Mermelstein, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Seven of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** JASON GALANIS, the Defendant, shall pay restitution in the total amount of $80,459,773.43 to the victims of the offenses charged in Counts One through Seven of the above-specified Information. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter and related matters, as specified in the attached victim list, including, but not limited to, John Galanis, Derek Galanis, Gary Hirst, Bevan Cooney, Devon Archer, Michelle Morton, and Hugh Dunkerley. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total

09.10.2013

amount of his loss from all the restitution paid by the Defendant and his co-defendants named above in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       January 25, 2022

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2