UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              15-cr-643 (PKC)

         -against-                                     ORDER

JASON GALANIS,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Jason Galanis has moved for a sentence reduction for extraordinary and compelling reasons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and, separately, for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. (ECF 586-589.)

        The government is directed to file a response to the motions by December 6, 2024.

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       October 2, 2024