

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 25, 2024

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Jason Galanis*, 15 Cr. 643 (PKC)

Dear Judge Castel:

    The Government respectfully requests a 45-day adjournment of the December 6, 2024 deadline to respond to the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 and Amendment 821 of the United States Sentencing Guidelines entered in the above-captioned case. The Government requests this additional time in order to obtain and review certain records from the case file in order to prepare its response to the defendant's submission. The Government proposes that it will have an additional 45 days to file (January 20, 2025), and the defense will have two weeks to respond (February 3, 2025). The Government understands that defense counsel consents to this request.

                                                               Respectfully submitted,

                                                               DAMIAN WILLIAMS
                                                               United States Attorney

                                                       By:   */s/ Dana R. McCann*
                                                           Dana R. McCann
                                                          Assistant United States Attorney
                                                          Southern District of New York
                                                          (212) 637-2308

*[Handwritten annotation: "Proposed schedule is adopted. SO ORDERED /s/ PKC USDJ 11-26-24"]*

cc: Counsel for Defendant Jason Galanis (by ECF)