

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 20, 2025

Application Granted.

So Ordered: /s/ P. Kevin Castel
Hon. P. Kevin Castel, U.S.D.J.
1-21-25

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Jason Galanis*, 15 Cr. 643 (PKC)

Dear Judge Castel:

The Government respectfully requests a one-day adjournment of the January 20, 2025 deadline to respond to the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 and Amendment 821 of the United States Sentencing Guidelines entered in the above-captioned case. The Government requests this additional time in light of its request on November 25, 2024 to have an additional 45 days to file its response and Rule 45 of the Federal Rules of Criminal Procedure, which extends the last day of a period, if the last day is a legal holiday, until the end of the next day. Accordingly, in light of the legal holiday on January 20, 2025, the Government respectfully requests that it will have until January 21, 2025 to file its response.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: /s/ Dana R. McCann
Dana R. McCann
Assistant United States Attorney
Southern District of New York
(212) 637-2308

cc: Counsel for Defendant Jason Galanis (by ECF)