

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 1, 2025

**BY CM/ECF AND EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

  Re: *United States v. Jason Galanis*, 15 Cr. 643 (PKC)

Dear Judge Castel:

  The Government respectfully requests an extension of time to respond to the defendant's motion for repayment of restitution funds, which was filed in the above-captioned case on April 3, 2025. (Dkt. 602).

  On April 3, 2025, the Court set a deadline of April 16, 2025, for the Government to respond to the defendant's request. (Dkt. 603). In error, the undersigned counsel for the Government inadvertently did not timely respond. Accordingly, the Government requests this additional time in order to consider the Government's position on the request and draft its response. The Government respectfully requests leave to file its response one week from today, on May 8, 2025.

Application Granted.
SO ORDERED.
Dated:  5/1/2025

*P. Kevin Castel*
*United States District Judge*

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

            By: /s/ *Dana R. McCann*
              Dana R. McCann
              Assistant United States Attorney
              Southern District of New York
              (212) 637-2308

cc: Counsel for Defendant Jason Galanis (by ECF)