

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 7, 2025

**BY CM/ECF AND EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

  Re: *United States v. Jason Galanis*, 15 Cr. 643 (PKC)

Dear Judge Castel:

  The Government respectfully requests a one-week adjournment of the May 8, 2025 deadline to respond to the defendant's motion for repayment of restitution funds, which was filed in the above-captioned case on April 3, 2025 and supplemented on May 1, 2025. (Dkt. 602, 605). Since May 1, 2025, the Government has been working diligently to develop its position on the defense's request, and the Government requests this brief adjournment to permit it to complete some additional factual and legal investigation needed to finalize its position. Accordingly, the Government respectfully requests leave to file its response on May 15, 2025. The defense takes no position on this request.

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney

        By: */s/ Dana R. McCann*
           Dana R. McCann
           Assistant United States Attorney
           Southern District of New York
           (212) 637-2308

cc: Counsel for Defendant Jason Galanis (by ECF and email)