# PELUSO & TOUGER, LLP
## 70 LAFAYETTE STREET
## NEW YORK, NEW YORK 10013
### PelusoandTouger.com

*Ph. No. (212) 608-1234*
*Fax No. (212) 513-1989*

By ECF and Email
May 16, 2025
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  Defendant's reply due May 21, 2025.
SO ORDERED.
Dated:  5/17/2025

P. Kevin Castel
United States District Judge

Re: United States v. Jason Galanis, 15 Cr. 643 (PKC)

Your Honor:

The Government has responded to Defendant's motion for return of property under Rule 41(g). The Defendant would respectfully request that the Court allow defendant 5 days (until May 21st) to Reply to their arguments as the Government has grossly distorted both the law and the facts in its response.  I have contacted AUSA Dana R. McCann regarding this request and she has responded that the Government takes no position.

Thank you very much for the Court's prompt attention to this respectful request.

Respectfully submitted,

David Touger

1